In the Matter of the Application of George L. Jaquish, Respondent, for an Order to Punish for Contempt George W. Kelly and Others, Appellants, for Alleged Violation of an Injunction Contained in a Final Judgment Entered in Delaware County Clerk's Office May 11, 1912, in the Action in the Supreme Court Entitled George L. Jaquish, Plaintiff, v. George W.

Kelly and Others, Defendants.— Order affirmed, without costs. All concurred, except Kellogg and Woodward, JJ., dissenting.